UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KBA NORTH AMERICA INC.,<br>   Plaintiff | :<br>:<br>: |
| v. | : File No. 1:07-cv-00118-jgm<br>: |
| AMERIGRAPH, LLC<br>and DIRK C. GRIZZLE,<br>   Defendants | :<br>:<br>: |

### DEFAULT JUDGMENT

On January 31, 2017, plaintiff KBA North America Inc. filed a Motion for Entry of Default as to Amerigraph, LLC and an Application for Default Judgment and Motion for Award of Attorneys' Fees and Expenses. (Docs. 81, 82.) Notice of each filing was sent to the last known address of Amerigraph, LLC. (Docs. 81-1, 82-1.) The Clerk entered default against Amerigraph, LLC on February 21, 2017. (Doc. 83.)

Having considered the Plaintiff's Application for Default Judgment and Motion for Award of Attorneys' Fees and Expenses, it is hereby ORDERED as follows:

  1. Plaintiff's Application for Default Judgment is GRANTED.

  2. Judgment is awarded for Plaintiff against Defendant Amerigraph, LLC in the amount of $18,131,839.70 ($7,122,144.40 (liquidated damages as of August 1, 2008) plus $11,009,695.30 ($3,473.09 per diem for each day after August 1, 2008)).

3. Plaintiff's Motion for Award of Attorneys' Fees and Expenses is GRANTED. Plaintiff is awarded attorneys' fees and expenses (excluding taxable costs) in the amount of $113,982.71.

4. The Clerk shall consider Plaintiff's Bill of Costs in the amount of $590.00 (Doc. 82-2) and supplemental document (Doc. 84-2) and tax costs as appropriate.

5. Post-judgment interest is awarded at the parties' contractual rate of 24 percent per annum.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 6th day of April, 2017.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge

JUDGMENT ENTERED ON DOCKET
DATE: 4-6-2017